UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

BAROUH EATON ALLEN CORPORATION d/b/a
Ko Rec Type,

               Plaintiff,

-against-

CILLCO, INC., CILLCO, and GREENVIEW
INDUSTRIES,

               Defendants

------------------------------------- x

**ORDER ADOPTING
REPORT AND RECOMMENDATION**
06-CV-1820 (DLI)(KAM)

**DORA L. IRIZARRY, U.S. District Judge:**

      No objections have been filed to the Report and Recommendation of the Honorable Kiyo A. Matsumoto, U.S.M.J., dated December 18, 2007, and, upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that plaintiff's motion for default judgment having previously been granted, the plaintiff is awarded damages against the defendants, jointly and severally in the amount of $71,661.94, with post-judgment interest calculated in the manner provided by law. It is further hereby

      ORDERED that service of a copy of this Order on defendants shall be made by the plaintiff within five (5) days of the date of this Order and proof thereof shall be filed with the court via ECF immediately thereafter. The Clerk of the Court is directed to close the file maintained in this case.

DATED:     Brooklyn, New York
              February 15, 2008

                                         _____/s/_____
                                            DORA L. IRIZARRY
                                          United States District Judge